## STATEMENT IN
## SUPPORT OF PROBABLE CAUSE

IN RE:  Israel JODY-Garcia

I, Alejandro Miranda, declare and state as follows:

On or about October 03, 2020 the defendant Israel JODY-Garcia was apprehended near Laredo, Texas.  After a brief interview it was determined that, Israel JODY-Garcia was an undocumented alien from Mexico and subsequently placed under arrest.  Further investigation revealed that Israel JODY-Garcia was previously REMOVED from the United States on 12/21/2017 at Laredo, Tx.  There is no record that Israel JODY-Garcia has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on the 4th day of October, 2020 at Laredo, Texas.

_____
Alejandro Miranda
Border Patrol Agent
United States Border Patrol

_____